```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                        Case No. 3:03-cr-343-J32HTS

GINO VELEZ SCOTT

_____

## **O R D E R**

    This cause is before the Court on the Motion to Proceed Pro Hac Vice and/or for Special Admission (Doc. #130; Motion).  Leeza R. Cherniak, Esquire, requests permission to appear *pro hac vice* on behalf of Defendant.  Motion at 1.  In support, Ms. Cherniak states "she is a member in good standing of the Bar of the following United States Court, Northern District of Georgia, and/*or* the highest Court of the State of Georgia."  *Id.* (emphasis added).

    Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), provides for special admission of non-resident attorneys who are members "in good standing of the bar of any District Court of the United States; outside Florida[.]"  The Motion fails to state unequivocally that Ms. Cherniak is a member in good standing of any such Court.  As such, she has not established her eligibility for admission to practice *pro hac vice* before this Court.

Accordingly, the Motion (Doc. #130) is **DENIED** without prejudice to the filing of a similar motion, if appropriate, that fulfills the requirements of the Local Rules.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of October, 2006.

      /s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any